# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Larry Johnson )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>Portfolio Recovery Associates, LLC )<br>    *Defendant* )<br>) | Case No.   5:16-cv-00442-KKC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff Larry Johnson hereby gives notice that he is dismissing with prejudice his claims against Defendant Portfolio Recovery Associates, LLC, with both parties to bear their own fees and costs.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Larry Johnson*